LARRY W. LEE, State Bar. No. 228175
**DIVERSITY LAW GROUP**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071-3316
Telephone: 213.448.6555
Facsimile: 213.488.6554
Email: lwlee@diversitylaw.com

WILLIAM L. MARDER, State Bar No. 170131
**POLARIS LAW GROUP, LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone: 831.531.4214
Facsimile: 831.634.0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff
Shawn Antonio

DONNA MO, State Bar No. 240621
JEFFREY WESTON, State Bar No. 309507
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: donna.mo@arentfox.com
Email: jeffrey.weston@arentfox.com

Attorneys for Defendant
LACOSTE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWN ANTONIO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LACOSTE USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-02895-EJD<br><br>Honorable Edward J. Davila<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING OSC RE: SETTLEMENT AND JOINT STATEMENT IN RESPONSE TO OSC**<br><br>OSC: Re: Settlement<br>Date: September 14, 2017<br>Time: 10:00 a.m.<br><br>Proposed New OSC: Re: Settlement<br>Date: September 28, 2017<br>Time: 10:00 a.m. |

**WHEREAS**, Plaintiff Shawn Antonio and Defendant Lacoste USA, Inc. (together, the "Parties") have reached a settlement of Plaintiff's claims on an individual basis and are in the process of finalizing a written settlement agreement (the "Settlement Agreement");

**WHEREAS**, on August 4, 2017, the Court scheduled an Order to Show Cause Re: Settlement for September 14, 2017 at 10:00 a.m. and ordered that a joint statement setting forth settlement efforts be filed by September 7, 2017, as well as the amount of additional time necessary to finalize and file a dismissal;

**WHEREAS**, the Parties have agreed to the material terms and conditions of the settlement and anticipate finalizing and fully executing a Settlement Agreement and filing a dismissal by September 20, 2017, if not earlier;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties, through their respective counsel, that the Order to Show Cause Re: Settlement be continued to September 28, 2017, or until such later date as may be convenient for the Court, to allow sufficient time for

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

finalization and execution of the Settlement Agreement, and filing of the dismissal, with a joint statement setting forth settlement efforts to be filed by September 21, 2017.

**IT IS SO STIPULATED.**

Dated: September 7, 2017          **DIVERSITY LAW GROUP**

By: s/Larry W. Lee[1]

Larry W. Lee
Attorneys for Plaintiff
SHAWN ANTONIO

Dated: September 7, 2017          **ARENT FOX LLP**

By: s/Donna Mo

Donna Mo
Jeffrey Weston
Attorneys for Defendant
LACOSTE USA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 8, 2017

EDWARD J. DAVILA
United States District Judge

---

[1] Counsel for Defendant, Donna Mo, is the ECF user filing this document. Ms. Mo attests that concurrence in the filing of this document has been obtained from Larry W. Lee, the other signatory to this document.