1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  SHAWN ANTONIO, as an individual and          CASE NO.  5:17-cv-02895-EJD
    on behalf of all others similarly situated,
13                                               Honorable Edward J. Davila
                    Plaintiffs,
14                                               **[PROPOSED] ORDER DISMISSING CASE**
         v.
15                                               [F.R.C.P. 41(a)(1)(A)(ii)]
    LACOSTE USA, INC., a Delaware
16  corporation; and DOES 1 through 50,
    inclusive,
17
                    Defendants.
18

19

20        Based upon the Parties' Joint Stipulation for Dismissal Pursuant to F.R.C.P. 41, IT IS

21  HEREBY ORDERED that all causes of action pled in the Class Action Complaint for Damages

22  by Plaintiff Shawn Antonio are hereby dismissed with prejudice, pursuant to Federal Rule of

23  Civil Procedure 41(a)(1)(ii).

24        IT IS FURTHER ORDERED that the Court's approval of the settlement of Plaintiff

25  Shawn Antonio's individual Private Attorneys General Act claims is not necessary, as this

26  //

27  //

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER DISMISSING CASE**

settlement binds only Plaintiff Antonio, and does not resolve the claims, issues, or defenses of any of the "Aggrieved Employees" that Plaintiff Antonio sought to represent in his Complaint.

**IT IS SO ORDERED.**

Dated:_____      _____
                            EDWARD J. DAVILA
                            United States District Judge

**ORDER DISMISSING CASE**