UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWN ANTONIO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LACOSTE USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-02895-EJD<br><br>Honorable Edward J. Davila<br><br>**[PROPOSED] ORDER DISMISSING CASE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

Based upon the Parties' Joint Stipulation for Dismissal Pursuant to F.R.C.P. 41, IT IS HEREBY ORDERED that all causes of action pled in the Class Action Complaint for Damages by Plaintiff Shawn Antonio are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER ORDERED that the Court's approval of the settlement of Plaintiff Shawn Antonio's individual Private Attorneys General Act claims is not necessary, as this

//

//

settlement binds only Plaintiff Antonio, and does not resolve the claims, issues, or defenses of any of the "Aggrieved Employees" that Plaintiff Antonio sought to represent in his Complaint.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 19, 2017

EDWARD J. DAVILA
United States District Judge